spondent. No opinion. Order affirmed, without costs. Order filed. See, also, 122 N. Y. Supp. 401; 123 N. Y. Supp. 1056.

HAMM, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by George R. Hamm, an infant, by George H. Hamm, his guardian ad litem, against the Prudential Insurance Company of America. No opinion. Motion granted. See, also, 122 N. Y. Supp. 35.

HANLON, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Edward F. Hanlon against James Farley. No opinion. Judgment affirmed, with costs.

HANSEN, Respondent, v. CAULFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Henry S. Hansen, an infant, by John Olsen, his guardian ad litem, against John Caulfield. No opinion. Judgment and order unanimously affirmed, with costs.

HARD, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George M. Hard against Edward Thompson. J. L. Hill, for appellant. H. Otis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HARE, Respondent, v. FREDERICK FIGGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Georgiana Hare against the Frederick Figge Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the record does not disclose evidence sufficient to show negligence on the part of the defendant.

In re HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) In the matter of Eugene W. Harrington, an attorney and counselor at law. Issues raised by the charges and answer thereto referred to Hon. Edwin A. Nash, an attorney and counselor residing at Rochester, N. Y., to take proofs and report to the court, with his opinion.

HART v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Charles Hart against the City of New York. L. L. Kellogg, for plaintiff. T. Farley, for defendant. No opinion. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice. See, also, 106 N. Y. Supp. 1129.

HARTFORD MACH. SCREW CO. v. ANZELWITZ et al. (Supreme Court, Appellate Term. May 24, 1910.) Appeal from Municipal Court, Borough of Manhattan. Action by the Hartford Machine Screw Company against Alexander A. Anzelwitz and another. From a Municipal Court judgment for defendants, plaintiff appeals. Dismissed. McMillan & Hewitt, for appellant. Emil J. Cohen, for respondents.

PER CURIAM. We have examined the case upon the merits, and have concluded that the appeal is without merit, although the costs seem to have been improperly awarded. Technically, in view of the consent that was signed, the appeal should be dismissed. Appeal dismissed, with $10 costs.

HATTEN, Respondent, v. HYDE–McFARLIN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by John Hatten against the Hyde-McFarlin Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that at the time of the accident the plaintiff was not engaged in the work of the defendant.

HAWKES, Respondent, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by Mary C. Hawkes against Charles F. Warren and others. No opinion. Motion to dismiss appeal denied, without costs, with leave to renew in case defendants fail to perfect their appeal as provided by rule 41 and be ready to argue same at opening of May, 1910, term.

HAWKES, Respondent, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Mary G. Hawkes against Charles F. Warren and others. No opinion. Motion to dismiss appeal denied, without costs.

HAYES, Appellant, v. HAYES, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Appeal dismissed, with $10 costs and disbursements, upon the ground that the record does not show any judgment dismissing the case, or any order of dismissal.

HAYES v. JOLINE et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Patrick Hayes against Adrian H. Joline and another, as receivers. No opinion. Application denied, with $10 costs. Order signed.

HAYES v. MARX et al. (three cases). (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Augustus L. Hayes against Jacob Marx, impleaded with others. No opinion. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 121 N. Y. Supp. 1135.

HAYS et al., Respondents, v. MAIDEN LANE REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department.

May 27, 1910.) Action by Frank K. Hays and another against the Maiden Lane Realty Company. D. R. Almy, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HECHT, Respondent, v. A. G. HYDE & SONS, Appellants. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by William Hecht against A. G. Hyde & Sons. J. J. Allen, for appellants. M. J. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HEDGES et al., Respondents, v. WELLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Clarence E. Hedges and others against Mary L. Wells and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of Heughes v. Galusha Stove Company, 122 App. Div. 118, 106 N. Y. Supp. 606.

McLENNAN, P. J., and ROBSON, J., dissent.

HEDLUND, Appellant, v. RADCLIFF, et al., Respondents. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by John Hedlund against Edward L. Radcliff and others. L. S. Abberley, for appellant. F. Keck and C. R. Carruth, for respondents. No opinion. Judgment affirmed, with costs to each respondent separately appearing. Order filed.

HEGEMAN HARDWARE CO., Respondent, v. DE HIERAPOLIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Hegeman Hardware Company against George S. De Hierapolis and another.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

HENDRICKSON, Respondent, v. ACME ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Edward Hendrickson against the Acme Engineering & Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

HENDRICKSON, Respondent, v. ACME ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Edward Hendrickson against the Acme Engineering & Contracting Company. No opinion. Motion denied. See, also, supra.

HENNESSEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by John A. Hennessey against the City of New York. With this case has been consolidated in this court cases bearing titles as follows: People ex rel. Isaac Dolinsky v. Thos. O'Connell; Annie Alliston v. City of New York; Ruth O'Hallock v. City of New York; Frederick E. Cloud v. Edelmino Dolman; Postal Life Ins. Co. v. William H. Hotchkiss; Abraham Feldman v. Consolidated Gas Co.; Sigmund Mayer v. Same. No opinions. Motions granted, with $10 costs. Orders filed.

HENRY, Appellant, v. HUDSON & M. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Delia Henry, as administratrix, etc., of Patrick Henry, deceased, against the Hudson & Manhattan Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

HERMAN & GRACE v. HILLMAN, et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Herman & Grace against Richard W. Hillman and others. J. P. Donellan, for appellants. T. Farley and O. F. Hibbard, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 130 App. Div. 531, 114 N. Y. Supp. 1107.

HEWLETT, Appellant, v. SEAMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by George B. Hewlett against Anna C. Seaman and others. No opinion. Judgment affirmed, with costs.

HEYL v. TAYLOR. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by George E. Heyl against Henry A. Taylor. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified. Order filed. See, also, 122 N. Y. Supp. 279.

HEYL BROS. & CO., Respondents, v. EARP–THOMAS FARMOGERM CO., Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by Heyl Bros. & Co. against the Earp-Thomas Farmogerm Company. J. A. Keenan, for appellant. I. B. Louis, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

In re HIRSHFIELD. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) In the matter of David Hirshfield, an attorney. Proceedings dismissed. Edward A. Freshman, for the motion. Hunter & Hatch, opposed.

PER CURIAM. In view of the final adjustment of the controversy between Mr. Hirshfield and his client, and taking into consideration the sharp conflict of evidence in the affidavits submitted on this motion, this court has